UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: __11-27980-LMI__

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: _Manuel Gonzalez_  
Last Four Digits of SS# xxx-xx-2246

CO-DEBTOR: _Ana Gonzalez_  
Last Four Digits of SS# xxx-xx-2305

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

- A. $__247.12__ for months __1__ to __60__ ;
- B. $_____ for months _____ to _____ ;
- C. $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $__3,750.00__ + $500.00 (Motion to Value) = $4,250.00  
TOTAL PAID   $2,000.00  
Balance Due   $__2,250.00__ payable $__187.50__ month (Months __1__ to __12__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__  
Address _____

Arrearage on Petition Date $_____  
Arrears Payment  $_____ /month (Months ____ to ____)  
Arrears Payment  $_____ /month (Months ____ to ____)  
Regular Payment  $_____ /month (Months ____ to ____)

2. _____

Arrears Payment  $_____  
Arrears Payment  $_____ /month (Months ____ to ____)  
Regular Payment  $_____ /month (Months ____ to ____)  
Arrears Payment  $_____ /month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Loan No. xxxxx9699 Prop Add: 5760 SW 149th Ave Miami, FL 33193 | Homestead Property $130,846.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__   Total Due $_____  
Payable $_____ /month (Months ____ to ____)

Unsecured Creditors: Pay $__34.91__ month (Months __1__ to __12__). Pay $222.41/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: _The debtors are paying Chase Mortgage (Loan#xxxx2752) directly outside the plan._

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X _[signed] Manuel Gonzalez_  
Debtor  
Date: 06/28/11

X _[signed] Ana Gonzalez_  
Joint Debtor  
Date: 06/28/11

LF-31(rev. 06/02/08)