# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov
### Division: Miami

Case Number: 11–27980–LMI

Chapter: 13

**In re:**

| | |
|---|---|
| Manuel Gonzalez | Ana Gonzalez |
| 5760 SW 149 Avenue | 5760 SW 149 Avenue |
| Miami FL 33193 | Miami FL 33193 |
| SSN: XXX–XX–2246 | SSN: XXX–XX–2305 |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **09/06/2011** at **09:00AM** at the following location:

**51 SW First Ave Room 1409, Miami**

to consider the following:

**[22] Motion to Value and Determine Secured Status of Lien on Real Property Held by Bank of America filed by Debtor Manuel Gonzalez, Joint Debtor Ana Gonzalez**

**This matter has <u>not</u> been scheduled as an evidentiary hearing.** If you require an evidentiary hearing, the currently scheduled hearing will be treated as a preliminary hearing. Contact the courtroom deputy, <u>Noemi Sanabria at (305)714–1877</u> to schedule a final evidentiary hearing.

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon. **ALL PARTIES AND THEIR COUNSEL ARE EXPECTED TO REVIEW, AND COMPLY WITH, JUDGE ISICOFF'S COURTROOM PROCEDURES, AVAILABLE ON THE COURT'S WEBSITE–www.flsb.uscourts.gov**

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

Dated: <u>7/25/2011</u>

                                                                                  **By: Robert Sanchez**